**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00272-CR

**VALENTIN CARUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63142-U**

## ORDER

The Court **GRANTS** the January 23, 2015 motion of Lori Ordiway to withdraw as counsel. We **DIRECT** the Clerk to remove Lori Ordiway as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order or when we have received the order appointing new counsel.

/s/    LANA MYERS
          JUSTICE